Case 4:24-cv-04468   Document 35   Filed 04/24/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTINE FRANCISCO, *et al.*, § § Plaintiffs, § § VS. § DILIGENT ACQUISITIONS LLC, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:24-CV-04468 |

## ORDER

Before the Court is Plaintiffs' Notice of Voluntary Dismissal. Doc. #34. In accordance with the Notice of Voluntary Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby ORDERED that Plaintiffs Justine Francisco, Janet Martinez, Steve C. Baptiste, and Breanna Ramey's claims against Defendants Diligent Acquisitions LLC, Diligent Services LLC, and Diligent Health LLC, d/b/a Diligent Delivery Systems are hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

APR 2 4 2025
Date

The Honorable Alfred H. Bennett
United States District Judge