UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTINE FRANCISCO, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:24-CV-04468 |
| DILIGENT ACQUISITIONS LLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Plaintiff Justine Francisco filed his Class Action Complaint in this case on November 14, 2024. Doc. #1. On December 16, 2024, the Court entered an Order consolidating two related matters, *Baptiste v. Diligent Delivery Systems, Inc.*, Case No. 4:24-cv-4490 and *Ramey v. Diligent Services, LLC et al*, Case No. 4:24-cv-4575, under the above-referenced civil action number. Doc. #21. On April 24, 2025, the Court dismissed Plaintiffs Justine Francisco, Janet Martinez, Steve C. Baptiste, and Breanna Ramey's claims against Defendants Diligent Acquisitions LLC, Diligent Services LLC, and Diligent Health LLC, d/b/a Diligent Delivery Systems with prejudice, in accordance with the Plaintiffs' Notice of Voluntary Dismissal. Doc. #34; Doc. #35.

Because the Court has dismissed the lead case, the consolidated member cases, Case No. 4:24-cv-4490 and Case No. 4:24-cv-4575, are also DISMISSED.

It is so ORDERED.

AUG 1 2 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge